**Order entered March 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01476-CV

### IN THE INTEREST OF H.D.V.,JR. AND B.V., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04711**

## ORDER

We **GRANT** appellant's February 27, 2015 motion for an extension of time to file the clerk's record and reporter's record. The clerk's record and reporter's record shall be filed by **MAY 5, 2015**.

/s/      ELIZABETH LANG-MIERS
         JUSTICE